# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

153110(91)

NL VENTURES VI FARMINGTON, LLC,
      Plaintiff-Appellant,

v

CITY OF LIVONIA,
      Defendant-Appellee.
_____/

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153110
COA: 323144
Wayne CC: 13-004863-CZ

On order of the Chief Justice, the motion of the Michigan Municipal League, the Michigan Townships Association, and the Public Corporation Law Section of the State Bar of Michigan to file an amicus curiae brief is GRANTED. The amicus brief submitted on March 14, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk